**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )
    **JIM RAY ALEXANDER** )
)
) Case No.
)
)
                     Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]    on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]    typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]    electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __14__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:     August 20, 2013                        /s/ JIM RAY ALEXANDER
                                                                                                   Debtor's Signature

```
JIM RAY ALEXANDER

Capital One Visa
P O Box 60599
City of Industry, CA 91716

Eunice Durkee
15730 Lake Arthur Road
Meadow Vista, CA 95722

Green Tree
P O Box 6172
Rapid City, SD 57701

Jon and Penny Sanders
477 E. Coalville Way
Draper, UT 84020

Linda Youmans and Dawn Youmans
202354 Paoli Ln
Colfax, CA 95713

LISA ALEXANDER
550 Cain Road
Alta, CA 95701

Pat and Linda Finley
570 Caine Road
Alta, CA 95701

Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603

Sierra Central
820 Plaza Way
Yuba City, CA 95991

Sutter Auburn Faith Hospital
P O Box 160100
Sacramento, CA 95816-0100

U C Davis
P O Box 60000
San Francisco, CA 94160

U S Bank
P O Box 790179
Saint Louis, MO 63179

U S Bank Equipment Finance
P O Box 790448
Saint Louis, MO 63179
```

Wells Fargo Home Mortgage
P O Box 14411
Des Moines, IA 50306-3411