Jason Blumberg, NY State Bar No. 4055257
Trial Attorney
**ANTONIA G. DARLING, State Bar No. 76190**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for Acting United States Trustee,
Region 17, August B. Landis

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                                    Case No. 2013-31040-B-11
JIM RAY ALEXANDER
               Debtors.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      PLEASE TAKE NOTICE that Jason Blumberg, Attorney for the Office of the United States Trustee, party in interest in the above-captioned Chapter 11 case, hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b).  Pursuant to Bankruptcy Rules 2002, 3017 and 9007, the United States Trustee hereby requests that special notice of all matters, which may come before the Court, be given as follows:

                            Jason Blumberg
                            Attorney for United States Trustee
                            501 I Street, Suite 7-500
                            Sacramento, CA 95814
                            (916) 930-2076

**and by e-mail to:**        **Jason.Blumberg@usdoj.gov**

      The foregoing request includes the notices, papers and the Disclosure Statement referred to in Bankruptcy Rules 2002, 3017 and 9007, and also includes without limitation, notices of any

orders, applications, sales or real or personal property, complaints, demands, hearings, motions, petitions, pleadings or requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraphs, telex or otherwise.

Dated August 23, 2013

      /s/ Jason Blumberg

JASON BLUMBERG
Attorney for United States Trustee
E-filer: Jason.Blumberg@usdoj.gov