PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, California 95603
Telephone Number:  (530) 889-4109
Facsimile Number:    (530) 889-4123

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:  Alexander, Jim Ray            )   Case No.: 13-31040-B-11
                                      )
                                      )   REQUEST FOR SPECIAL NOTICE
                                      )   FILED BY PLACER COUNTY OFFICE OF
                                      )   THE TREASURER-TAX COLLECTOR
                                      )
                                      )
        Debtor(s)                     )
                                      )
_____ )

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF

INTEREST:

     The County of Placer, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest as shown on the attached service list.

Dated: February 18, 2014            Placer County Treasurer-Tax Collector's Office


                                    By_____
                                    Jenny McMurtry, Deputy Tax Collector
                                    For the County of Placer

1